# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPORTADORA ACONCAGUA, LTDA, | CASE NO. CV-F-03-5472 LJO |
| vs. | **ORDER CONTINUING PRETRIAL CONFERENCE** |
| HERITAGE PRODUCE SALES, INC., | Date: May 4, 2005<br>Time: 8:00 a.m. (PST)<br>Dept.: 6 (LJO) |
| Defendant. / | |
| AND RELATED CROSS-ACTION. / | |

This matter came on for a regularly scheduled Pretrial Conference. Trial in this matter is scheduled for June 13, 2005. Plaintiff Exportadora Aconcagua LTDA appeared by telephone by counsel Craig A. Stokes, Concepcion, Rojas & Santos LLP. No appearance was made on behalf of defendant Heritage Produce Sales, Inc.

At the conference, counsel for plaintiff informed the Court that defense counsel requested a continuance of the Pretrial Conference until Friday, May 6, 2005. The Court is unavailable on May 6, 2005 due to a meeting at the Ninth Circuit. In light of the proximity to trial, the Court continues the Pretrial Conference to May 4, 2005 at 8:00 a.m. The Court has specially set the matter for the early morning hour because of defense counsel's being in trial. Counsel may appear at the Pretrial Conference by arranging a one line conference and telephoning the Court at (559)-498-7322.

IT IS SO ORDERED.

**Dated:   May 3, 2005**                             /s/ Lawrence J. O'Neill
b9ed48                                                            UNITED STATES MAGISTRATE JUDGE