## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPORTADORA ACONCAGUA, LTDA, | CASE NO. CV-F-03-5472 LJO |
| vs. | **ORDER RE CERTIFIED INTERPRETER** |
| HERITAGE PRODUCE SALES, INC., | |
| Defendant. / | |
| AND RELATED CROSS-ACTION. / | |

The above entitled matter is scheduled for trial for June 13, 2005.  The parties are required to provide their own Certified Interpreter to interpret the court proceedings, verbatim.  The Court will not provide any interpretation services.

IT IS SO ORDERED.

**Dated:   May 7, 2005**            /s/ Lawrence J. O'Neill
b9ed48                            UNITED STATES MAGISTRATE JUDGE

1