IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPORTADORA ACONCAGUA, LTDA,<br><br>vs.<br><br>HERITAGE PRODUCE SALES, INC.,<br>    Defendant.<br>_____ /<br><br>AND RELATED CROSS-ACTION.<br>_____ / | CASE NO. CV-F-03-5472 LJO<br><br>**ORDER STRIKING DEFENDANT'S PRETRIAL STATEMENT** (Doc 31) |

This Court conducted a Pretrial Conference on May 4, 2005, following a noticed continuance of the regularly scheduled Pretrial Conference from May 3, 2005. Plaintiff Exportadora Aconcagua LTDA appeared at the Pretrial Conference by telephone by counsel Craig A. Stokes, Rojas,Santos, Stokes & Garcia LLP. No appearance was made on behalf of defendant Heritage Produce Sales, Inc., and defendant did not participate in the joint pretrial statement. Pursuant to this Court's Scheduling Conference order, and amendments thereto, the joint pretrial statement was due to this Court five Court days prior to the Pretrial Conference.

After this Court concluded the hearing on the Pretrial Conference, defendant filed a "Statement of Joint Pre-Trial Statement." (Doc. 31.) The Statement is untimely and this Court has not granted any leave for the untimely filing. Accordingly, the Court HEREBY STRIKES Doc. 31, defendant's "Statement of Joint Pre-Trial Statement."

IT IS SO ORDERED.

**Dated:   May 9, 2005**                         **/s/ Lawrence J. O'Neill**
b9ed48                                 UNITED STATES MAGISTRATE JUDGE

1