1

2

3

4                              **IN THE UNITED STATES DISTRICT COURT**

5                          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

7   EXPORTADORA ACONCAGUA,                    CASE NO. CV-F-03-5472 LJO
    LTDA,
8                                              **ORDER REQUESTING CLARIFICATION**
                                               **OF STIPULATION FILED 5/23/05** (DOC. 35)
9        vs.

10  HERITAGE PRODUCE SALES,
    INC.,
11
                     Defendant.
12  _____/

13  AND RELATED CROSS-ACTION.
    _____/
14

15       On May 23, 2005, the parties filed a stipulation entitled: "Stipulation and Order re Pretrial

16  Statement, Pretrial Order and Waiver of Right to Trial by Jury."  (Doc. 35.)

17       Paragraph 1 of the stipulation refers to an Exhibit "A" which purportedly was an attachment to

18  the stipulation.  Exhibit A was not attached to the stipulation filed with the Court.

19       Paragraph 1 is also unclear.  Please clarify the meaning of the phrase "however, Plaintiff's

20  stipulation does not constitute its stipulation to the content of Defendant's Pre-trial Statement."

21  IT IS SO ORDERED.

22  **Dated:    May 24, 2005            _____/s/ Lawrence J. O'Neill_____**
    b9ed48                             UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

                                              1