Joseph A. Uremovic #072995
LAW OFFICES OF JOSEPH A. UREMOVIC
Attorneys at Law
Post Office Box 5654
Fresno, CA 93755-5654
(559) 446-0600

Attorneys for Defendant,
Heritage Produce Sales, Inc.

FILED

2005 MAY 31 A 11: 09

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| EXPORTADORA ACONCAGUA LTDA.,<br><br>Plaintiffs,<br><br>vs.<br><br>HERITAGE PRODUCE SALES, INC.,<br><br>Defendants. | CASE NO.: CIV-F-03-5472 AWI LJO<br><br>STIPULATION AND ORDER RE: PRE-TRIAL STATEMENT, PRE-TRIAL ORDER AND WAIVER OF RIGHT TO TRIAL BY JURY |

The parties, by and through their respective counsel of record, stipulate as follows:

1. That the pre-trial statement of defendant HERITAGE PRODUCE SALES, INC., attached hereto as Exhibit "A" be considered by the court and accepted at this time, however, Plaintiff's stipulation does not constitute its stipulation to the content of Defendant's Pre-Trial Statement;

2. That the Order Striking Defendant's Pre-Trial Statement be set aside and stricken;

3. That the court incorporate the contents of the Pre-Trial Statements by both plaintiff and defendant into a First Amended Pre-trial order;

STIPULATION AND ORDER RE PRE-TRIAL STATEMENT AND PRE-TRIAL ORDER, WAIVER OF RIGHT TO TRIAL BY JURY    1

4. That this matter be tried to the court without a jury; and,

///

///

5. That this Stipulation and Order is given in exchange for consideration, the sufficiency of which is hereby acknowledged by all parties.

ROJAS, SANTOS,
STOKES & GARCIA LLP

Dated: May 23, 2005.

By: _____
Craig A. Stokes,
Attorneys for Plaintiff

LAW OFFICES OF
JOSEPH A. UREMOVIC

Dated: May 23, 2005.

By: _____
Joseph A. Uremovic
Attorneys for Defendant
Heritage Produce Sales, Inc.

IT IS SO ORDERED:

Dated: May 27, 2005.

_____
LAWRENCE J. O'NEILL
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER RE PRE-TRIAL STATEMENT AND PRE-TRIAL ORDER, WAIVER OF RIGHT TO TRIAL BY JURY     2