IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPORTADORA ACONCAGUA, LTDA,<br><br>　　vs.<br><br>HERITAGE PRODUCE SALES, INC.,<br><br>　　Defendant.<br>_____/<br>AND RELATED CROSS-ACTION.<br>_____/ | CASE NO. CV-F-03-5472 LJO<br><br>**ORDER ON PLAINTIFF'S MOTIONS IN LIMINE; ORDER RE STIPULATION STARTING TRIAL; ORDER FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

This Court conducted a hearing on the plaintiff's motions in limine on June 2, 2005 at 9:00 a.m. in Department 6. (Defense Counsel presented no motions in limine) Plaintiff Exportadora Aconcagua LTDA appeared by telephone by counsel Craig A. Stokes, Rojas Santos Stokes & Garcia LLP. Defendant Heritage Produce Sales, Inc. appeared by counsel Joseph Uremovic, Law Offices of Joseph A. Uremovic.

### **MOTIONS IN LIMINE**

Having considered the moving and opposition papers, as well as the arguments of counsel and the Court's file, the Court issues the following order on the motions in limine.

**Plaintiff's No. 1: Testimony of defendant's expert Byron White**. To DENY the motion without prejudice. The matter must be addressed on a question-by-question basis with the expert witness.

1

**Plaintiff's No. 2: Decofrut Reports are Inadmissible**. The motion is moot based upon the representation of an officer of the Court that the reports which are the subject of the motion will not be offered into evidence, but rather only marked for discussion with witnesses.

### START OF TRIAL

The parties stipulated, and the Court herein orders, that the trial in this matter commenced on June 2, 2005 and that further trial proceedings in this matter are CONTINUED to June 14, 2005 at 9:00 a.m. in Department 6.

### ORDER DIRECTING SUBMISSION OF FINDINGS OF FACT AND CONCLUSIONS OF LAW

The parties are directed to submit their proposed findings of fact and conclusions of law to this Court, via facsimile at 559-498-7289, by noon (PST) on June 13, 2005.  (Fed.R.Civ.P. 52.)

IT IS SO ORDERED.

**Dated:    June 2, 2005**                    /s/ Lawrence J. O'Neill
b9ed48                                         UNITED STATES MAGISTRATE JUDGE